1

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GORDON DALE MEADOR,

11          Plaintiff,                    No. CIV S-10-0901 DAD P

12     vs.

13   WEDELL, et al.,

14          Defendants.              <u>ORDER</u>

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  However, the certificate portion of the request, which must be completed by an

19   authorized officer at plaintiff's institution of incarceration, has not been filled out.  Moreover,

20   plaintiff has not filed a certified copy of his prison trust account statement for the six month

21   period immediately preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff

22   will be provided the opportunity to submit a completed in forma pauperis application and a

23   certified copy in support of his application.

24   /////

25   /////

26   /////

1

1        In accordance with the above, IT IS HEREBY ORDERED that:

2        1.  Plaintiff's application to proceed in forma pauperis (Doc. No. 4), filed on April

3 14, 2010, is denied;

4        2.  Plaintiff shall submit, within thirty days from the date of this order, a

5 completed application in support of his request to proceed in forma pauperis on the form

6 provided by the Clerk of Court;

7        3.  The Clerk of the Court is directed to send plaintiff a new Application to

8 Proceed In Forma Pauperis By a Prisoner; and

9        4.  Plaintiff shall submit, within thirty days from the date of this order, a certified

10 copy of his prison trust account statement for the six month period immediately preceding the

11 filing of the complaint.  Plaintiff's failure to comply with this order will result in a

12 recommendation that this action be dismissed without prejudice.

13 DATED: May 5, 2010.

14

15

16 DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

17

18 DAD:kly/4
mead0901.3c+new

19