IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GORDON DALE MEADOR,

    Plaintiff,                          No. CIV S-10-0901 KJM DAD P

    vs.

WEDELL, et al.,

    Defendants.               ORDER

_____/

        On September 7, 2011, counsel for defendants filed a request for clarification of the court's April 6, 2011 discovery and scheduling order. Specifically, defendants seek clarification of the court's order that requires "[a]ll pre-trial motions, except for motions to compel discovery, shall be filed on or before September 30, 2011." (Order (Doc. No. 36), ¶ 7 at 6.) Defendants note that on April 28, 2011, they filed a motion to dismiss and/or in the alternative a motion for summary judgment, and ask if "pre-trial motions" include motions in limine.

        The court's discovery and scheduling order does not set a deadline for motions in limine. A deadline for the filing of motions in limine, if necessary, will be set in this court's pretrial order. Defendants' motion to dismiss and/or motion for summary judgment is a dispositive motion and was timely filed.

1

1  Accordingly, defendants' September 7, 2011 request for clarification (Doc. No.
2  53) is granted.
3  DATED: September 19, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mead0901.clar