IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GORDON DALE MEADOR,

    Plaintiff,                        No. CIV S-10-0901 KJM DAD P

    vs.

WEDELL, et al.,

    Defendants.                  ORDER

_____/

        On March 29, 2012, plaintiff filed an untimely declaration in support of his February 17, 2012 objections to the findings and recommendations issued on February 2, 2012, a motion for a preliminary injunction to obtain legal supplies and seeking the imposition of monetary sanctions on the prison law librarian, and a reply to defendants' opposition to plaintiff's March 27, 2012 request for a 120-day extension of time in which to exhaust his administrative remedies. (Docs. No. 83, 84, & 86.)

        The undersigned's findings and recommendations recommending dismissal of this action due to plaintiff's failure to exhaust his administrative remedies prior to filing suit were adopted by the assigned District Judge and this civil rights action was closed on March 28, 2012.

/////

/////

1  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and
2  no orders will issue in response to future filings.
3  DATED: April 4, 2012.

                                       _____
                                       DALE A. DROZD
                                       UNITED STATES MAGISTRATE JUDGE

DAD:4
mead0901.58